## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Hon. José R. Almonte, U.S.M.J. |
| JOSEPH DUPONT, | : | |
| a/k/a "Tips," | : | |
| DARION HEMINGWAY, | : | |
| a/k/a "A-boog," | : | Mag. No. 24-16111 |
| JUAN HEMINGWAY, | : | |
| a/k/a "Hortz," a/k/a "Glizzy," | : | |
| ABDIN REED, | : | |
| a/k/a "Dean," | : | **ORDER FOR CONTINUANCE** |
| DARIUS HEMINGWAY, | : | |
| a/k/a "Deebo," | : | |
| ASWAD WILLIAMS, | : | |
| a/k/a "Ock," | : | |
| DAQUAN FRANKLIN, | : | |
| a/k/a "Big Trigga," | : | |
| DARIUS MCGEACHY, | : | |
| a/k/a "Black," | : | |
| KHALIS DUTTON, | : | |
| a/k/a "Kha," | : | |
| AZIZ ROURK, | : | |
| a/k/a "Ock," | : | |
| DAVID BRYANT, | : | |
| a/k/a "Hood," | : | |
| KAI ROBINSON, | : | |
| a/k/a "Kai Gzz," | : | |
| TONY PAGE, | : | |
| a/k/a "Tony Cz," | : | |
| CHAJUAN HEMINGWAY, | : | |
| a/k/a "Juan," | : | |
| STEPHON MURPHY, | : | |
| a/k/a "Turk," | : | |
| MUHAMMADO DIOKHANE, | : | |
| a/k/a "Mo," | : | |
| LOGAN JAMISON, | : | |
| a/k/a "Lo," | : | |
| DANIQUE SIMPSON, | : | |

a/k/a "Biz,"                          :
ALVIN BURROUGHS,                      :
ROBERT FLETCHER,                      :
 a/k/a "Chevy,"                       :
JERMAIN YOUNG,                        :
MESSIAH GREEN,                        :
 a/k/a "Half,"                        :
JASUAN POSEY,                         :
 a/k/a "Jah," and                     :
LINDA GRAHAM                          :

1.    This matter came before the Court on the joint application of Alina Habba, Acting United States Attorney for the District of New Jersey (Christopher Fell, Assistant U.S. Attorney, appearing), and the defendants listed below, represented by counsel who has signed below, for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 28, 2025.

2.    This Court granted five prior § 3161(h)(7)(A) continuances previously in this case.

3.    Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.    Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.    The defendants know that they have the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.    The defendants, through counsel, have consented to this continuance.

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.    The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States is voluntarily providing the defendants involve many documents/ numerous audio and video recordings/etc. that defense counsel requires adequate time to review.

b.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c.    Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through September 28, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

7/28/2025

_Jose R. Almonte_
HON. JOSE R. ALMONTE
United States Magistrate Judge

- 3 -

Dated:

Form and entry consented to:

  /s/ Christopher Fell
Christopher Fell
Assistant U.S. Attorney

  /s/ Peter R. Willis
Peter R. Willis
Counsel for Abdin Reed

  /s/ Stacy Biancamano
Stacy Biancamano
Counsel for Chajuan Hemingway

  /s/ Joel Silberman
Joel Silberman
Counsel for Alvin Burroughs

  /s/ Michael N. Pedicini
Michael N. Pedicini
Counsel for Juan Hemingway

  /s/ Stephen Dratch
Stephen Dratch
Counsel for David Bryant

  /s/ Patrick Joyce
Patrick Joyce
Counsel for Robert Fletcher

  /s/ Michael Calabro
Michael Calabro
Counsel for Aziz Rourk

  /s/ Michael Rubas
Michael Rubas
Counsel for Linda Graham

  /s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
Counsel for Aswad Williams

  /s/ William Strazza
William Strazza
Counsel for Messiah Green

  /s/ David Glazer
David Glazer
Counsel for Kai Robinson

  /s/ Wanda Akin
Wanda Akin
Counsel for Darion Hemingway

  /s/ Maria Noto
Maria Noto
Counsel for Stephon Murphy

  /s/John McMahon
John McMahon
Counsel for Danique Simpson

  /s/ Jason Orlando
Jason Orlando
Counsel for Jermain Young

  /s/ Anthony Iacullo
Anthony Iacullo
Counsel for Logan Jamison

  /s/ Paul Condon
Paul Condon
Counsel for Tony Page

  /s/ John Azzarello
John Azzarello
Counsel for Darius McGeachy

  /s/ Bruce Rosen
Bruce Rosen
Attorney for Joseph Dupont

- 4 -

_/s/ Christopher L. Patella_
Christopher L. Patella
Counsel for Khalis Dutton

_/s/ Dennis Carletta_
Dennis Carletta
Attorney for Darius Hemingway